BERNARD CAHILL, Respondent, *v.* THE CITY OF ROCHESTER, Appellant.

*Cahill* v. *City of Rochester*, 96 App. Div. 557, affirmed.
(Argued January 15, 1906; decided January 30, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

July 14, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*William W. Webb, Corporation Counsel (John M. Stull* of counsel), for appellant.

*Henry R. Glynn* and *Harvey F. Remington* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Not sitting: HISCOCK, J.